UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-  Case No. 5:04-cr-40-Oc-10GRJ

JORGE LOPEZ CRUZ
_____/

## **O R D E R**

Before the Court is the Defendant's "Notice of Appeal" (Doc. 43) challenging the Magistrate Judge's order (Doc. 42) which denied without prejudice the Defendant's pro se motion (Doc. 38) requesting transcripts of his pretrial, trial, and sentencing proceedings. The Magistrate Judge denied the motion because local rule 2.03(d) prohibits represented parties from filing pro se motions, absent prior leave of Court. The Defendant has not shown that the Magistrate Judge's order was clearly erroneous or contrary to law.[1] Accordingly, the "appeal" of the Magistrate's order (Doc. 42) is DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 17th day of May, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:  United States Attorney
            Counsel of Record
            Jorge Lopez Cruz

---

[1] See 28 U.S.C. § 636(b)(1)(A) ("A judge of the court may reconsider any pretrial matter under this subparagraph (A) where is has been shown that the magistrate judge's order is clearly erroneous or contrary to law.").